1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  GARY E. HASLERUD, SBN 178023
   JOHNSON LAW FIRM
8  1923 Court Street, Suite A
   Redding, CA 96001
   Telephone: (530) 244-7777
9  Facsimile: (530) 246-2836

10 Attorneys for Defendants
   MANUKE INVESTMENTS dba WAYNE'S
11 CHEVRON; DHARMINDER SANDHU;
   RUPINDER SANDHU; AJMER S. SANDHU
12 and RAJINDER K. SANDHU

13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16

17 LARY FEEZOR,                        Case No. 2:09-cv-03335-JAM-CMK

18      Plaintiff,
                                       STIPULATION FOR DISMISSAL and
19 v.                                  ORDER THEREON

20 MANUKE INVESTMENTS dba WAYNE'S
   CHEVRON, et al.,
21
        Defendants.
22  _____/

23

24

25

26

27

28

Stipulation for Dismissal and [Proposed]                    *Feezor v. Manuke Investments, et al.*
Order Thereon                                                Case No. 2:09-cv-03335-JAM-CMK
                                     - 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, MANUKE INVESTMENTS dba WAYNE'S CHEVRON; DHARMINDER SANDHU; RUPINDER SANDHU; AJMER S. SANDHU and RAJINDER K. SANDHU, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 31, 2010                              DISABLED ADVOCACY GROUP, APLC


                                                    */s/ Lynn Hubbard III*
                                                    LYNN HUBBARD III
                                                    Attorney for Plaintiff LARY FEEZOR

Dated: August 31, 2010                              JOHNSON LAW FIRM


                                                    */s/ Gary E. Haslerud*
                                                    GARY E. HASLERUD
                                                    Attorney for Defendants MANUKE
                                                    INVESTMENTS dba WAYNE'S CHEVRON;
                                                    DHARMINDER SANDHU; RUPINDER
                                                    SANDHU; AJMER S. SANDHU and
                                                    RAJINDER K. SANDHU

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-03335-JAM-CMK, is hereby dismissed with prejudice.

Dated: 9/2/10                                       /s/ John A. Mendez
                                                    United States District Court Judge